UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TINA ROSE MNICH,

                Plaintiff,

        -v-                             5:14-CV-740
                                     (DNH/CFH)

CAROLYN W. COLVIN, Acting Commissioner
of Social Security Administration,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

OLINSKY LAW GROUP                  HOWARD D. OLINSKY, ESQ.
Attorney for Plaintiff
300 S. State Street, Ste. 420
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION     MONIKA K. CRAWFORD, ESQ.
Attorney for Defendant
Office of Regional General Counsel,
Region II
26 Federal Plaza - Room 3904
New York, New York, 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Tina Rose Mnich filed this action seeking judicial review of a final decision of

the Commissioner of Social Security denying her application for supplemental security

income benefits and disability insurance benefits under the Social Security Act.  By Report-

Recommendation dated September 8, 2015, the Honorable Christian F. Hummel, United

States Magistrate Judge, recommended that the Commissioner's decision denying plaintiff benefits be remanded, pursuant to 42 U.S.C. § 405(g), for further proceedings. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

The Commissioner's decision denying plaintiff disability benefits be **REMANDED**, pursuant to 42 U.S.C. 405(g) for further proceedings consistent with the September 8, 2015 Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 2, 2015
     Utica, New York