UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TINA ROSE MNICH,

        Plaintiff,

                Civil Action No. 5:14-cv-00740-DNH-CFH

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

------------------------------------------------------------------

**Order Awarding Attorney's Fees pursuant to
the Social Security Act § 206(b)(1)
and 42 U.S.C. § 406(b)(1)**

Before the Court is the Motion of Petitioner for award of attorney's fees pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the contingency fee agreement between Plaintiff and Petitioner.

IT IS HEREBY ORDERED that attorney fees in the total amount of Twenty-Two Thousand Nine Hundred Twenty-Five Dollars ($22,925.00) pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) be paid.  Upon receipt of payment, plaintiff's counsel shall refund the EAJA fee received in this matter to Plaintiff.

The check for attorney's fees, expenses, and costs shall be made payable to Plaintiff's attorney, Howard D. Olinsky at the following address:

>300 South State Street
>Suite 420
>Syracuse, NY 13202

So ordered.

Date: __April 13, 2017__

_____
David N. Hurd
United States District Judge